UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD HARRY, SR. | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SEC "__" |
| LONGNECKER PROPERTIES, INC. | § | MAG. ( ) |

**SEAMAN'S SUIT**

NOW INTO COURT, by and through undersigned counsel, comes Plaintiff, DONALD HARRY, SR., a person of the full age of majority, who respectfully avers the following, to wit:

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law and the provisions of 46 U.S.C. §30104, *et al.*, commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto.

2.

Made defendant herein is LONGNECKER PROPERTIES, INC., hereinafter referred to as LPI or Defendant, a corporation engaged in the business of employing workers aboard vessels servicing the offshore energy industry.

3.

At all times relevant herein, Plaintiff, DONALD HARRY, SR., was employed by LPI as a lead rigger / deckhand assigned to the M/V MARCEL BORDELON, a vessel owned and operated by Bordelon Marine.

4.

Plaintiff was assigned to the M/V MARCEL BORDELON and/or other Bordelon Marine vessels during a substantial portion (greater than 30%) of his overall employment with LPI.

5.

At all times relevant herein, the M/V MARCEL BORDELON was a vessel owned, operated and/or controlled by Bordelon Marine and was operating in navigable waters of the Gulf of Mexico supporting offshore oil and gas activity.

6.

While serving aboard the vessel, DONALD HARRY, SR. sustained severe injuries to his person, including but not limited to his lower back and neck.

7.

On or about October 24, 2016, an unsafe condition aboard the M/V MARCEL BORDELON caused Plaintiff to trip and fall injuring his lower back and neck.

8.

A cause of this incident and Plaintiff's injury was the fault and/or negligence attributable to his Jones Act employer, LPI.   LPI breached its duty to provide Plaintiff with a safe place to work.

9.

As a result of the above and foregoing negligent acts and/or omissions, Plaintiff, DONALD HARRY, SR., has suffered severe and disabling physical and mental injuries and seeks monetary damages for the following:

  a.  Past and future loss of wages and benefits;

  b.  Impairment of future earning capacity;

  c.  Physical pain and suffering;

  d.  Mental and emotional pain and suffering;

  e.  Past and future medical expenses;

  f.  Permanent disability;

  g.  Loss of enjoyment of life; and,

  h.  Additional damages to be shown at the trial of this action.

10.

Plaintiff was not at fault in causing this incident or the resulting damages.

11.

Plaintiff, a seaman, was injured in the service of the vessel.  Plaintiff is entitled to maintenance and cure benefits.

WHEREFORE, Plaintiff, DONALD HARRY, SR., prays for judgment herein and against Defendant, LONGNECKER PROPERTIES, INC., and prays that Defendant be duly cited and served with a copy of this Seaman's Suit, that Defendant be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of Plaintiff, DONALD HARRY, SR., and against Defendant LONGNECKER PROPERTIES, INC. in the total sum of TWO MILLION ($2,000,000.00) DOLLARS, plus interest from the date of incident until paid, all costs of these proceedings, and for all other general, equitable maritime relief.

Respectfully submitted:

STRAUSS & KING, APLC


***/s/ Berney L. Strauss***
Berney L. Strauss #12527
Rhett E. King #23811
Sarah A. Lowman #18311
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com
berneylstrauss@yahoo.com
sarahlowman@straussandking.com

*Counsel for Donald Harry, Sr.*